UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PERLA MAGENO,<br><br>      Plaintiff,<br><br>  v.<br><br>PORTILLO'S HOT DOGS, LLC<br><br>      Defendants. | Case No. 18-cv-02737<br><br>Honorable Matthew F. Kennelly |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, June 28, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Portillo's Hot Dogs, LLC will appear before the Honorable Matthew Kennelly or any judge sitting in his stead in Courtroom 2103 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Defendants' Unopposed Motion For An Enlargement Of Time Within Which To Answer Or Otherwise Respond To Plaintiff's Complaint And To Reset The Deadline For The Parties' Rule 26(A)(1) Disclosures And To Reset The Date Of The Upcoming Status Hearing**.

Dated: June 25, 2018
                                                            Respectfully submitted,

                                                            **PORTILLO'S HOT DOGS, LLC**

                                             By:    /s/ Monica H. Khetarpal
                                                           One of its Attorneys

Monica H. Khetarpal (ARDC No. 6283997)
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Phone: (312) 787-4949
Fax:  (312) 787-4995
Email: monica.khetarpal@jacksonlewis.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney, certifies that on June 25, 2018, she caused a true and correct copy of the foregoing ***Defendants' Unopposed Motion For An Enlargement Of Time Within Which To Answer Or Otherwise Respond To Plaintiff's Complaint And To Reset The Deadline For The Parties' Rule 26(A)(1) Disclosures And To Reset The Date Of The Upcoming Status Hearing*** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

                /s/ Monica H. Khetarpal