UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Perla Mageno
                          Plaintiff,

v.                                         Case No.: 1:18−cv−02737
                                                      Honorable Matthew F. Kennelly

Portillo's Hot Dogs, LLC
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 27, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's motion for enlargement of time is granted; due date for response to complaint is extended to 7/25/32018. Defendant's request to continue the initial status hearing is denied. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.