**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Perla Mageno
                     Plaintiff,
v.                                        Case No.: 1:18−cv−02737
                                               Honorable Matthew F. Kennelly
Portillo's Hot Dogs, LLC
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 17, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held with attorneys for both sides. Status hearing is continued to 9/5/2018 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.